UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GUILLERMO GARZA, JR.<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-02-110<br>CR. NO. B-98-001 |
| UNITED STATES OF AMERICA<br>Respondent. | §<br>§<br>§ | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, Petitioner's Post Conviction Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2255 is hereby DENIED.

DONE in Brownsville, Texas on this 3rd day of July, 2002.

Filemon B. Vela
United States District Judge